UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HECTOR GUST PARRA-CASIAN, AKA Hector Gustavo Parra,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

No.    15-73724

Agency No. A034-266-630

ORDER

Before:    SILVERMAN, BEA, and WATFORD, Circuit Judges.

The government moves to vacate the court's memorandum disposition and dismiss the petition for review because on September 12, 2018, the Board of Immigration Appeals ("BIA") granted Parra-Casian's motion to reopen proceedings.

We withdraw the memorandum disposition filed on May 21, 2018.

We deny Parra-Casian's petition for panel rehearing and petition for rehearing en banc (Docket Entry No. 26) as moot.

In light of the BIA's order reopening proceedings, we grant the government's motion (Docket Entry No. 28) and we dismiss this petition for review.

**PETITION FOR REVIEW DISMISSED.**